**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUHAYB MUHUMED DABLE,<br><br>                              Petitioner,<br><br>    v.<br><br>CHRISTOPHER J. LAROSE, *et al.*,<br><br>                              Respondents. | Case No. 26-cv-02375-BAS-DDL<br><br>**ORDER:**<br><br>   **(1)  GRANTING MOTION TO FILE DOCUMENT UNDER SEAL (ECF No. 15); AND**<br><br>   **(2)  GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)** |

Petitioner Suhayb Muhumed Dable filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  (ECF No. 1.)  Petitioner alleges he is a minor that is being unlawfully detained in an adult immigration detention facility.  (*Id.*)  The Court held a hearing on the Petition.  (ECF No. 19.)  For the reasons expressed at the hearing, the Court **GRANTS IN PART** the Petition.  Accordingly, the Court issues the following writ:

> The Court orders that Petitioner Suhayb Muhumed Dable (A# 221-391-041) receive a hearing before an Immigration Judge within 14 days.  At that hearing, the Court directs the Immigration Judge to determine whether Petitioner is a minor.

- 1 -

26cv2375

Further, the Court **GRANTS** Respondents' Motion to File Document Under Seal. (ECF No. 15.) The Clerk shall accept and file under seal the document lodged in ECF No. 16. This case shall remain open.

**IT IS SO ORDERED.**

**DATED: May 11, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

26cv2375